**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

[  ] AMENDED

___

**In re:**                                                                 **Case No.**

   VICTORIA LEE

**Debtor(s).**                                                        **Chapter 13**

___

## CHAPTER 13 PLAN
___

**ADDRESS:** (1) 1881 W FLETCHER RUN CIRCLE APT. 302     (2) _____
                  CORDOVA TN 38016

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay $ 168    ( ) weekly, (✓) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

    (✓) **PAYROLL DEDUCTION** from: SHELBY COUNTY SCHOOLS    **OR**   ( ) **DIRECT PAY**.

    **DEBTOR (2)** shall pay $ _____ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

    ( ) **PAYROLL DEDUCTION** from: _____    **OR**   ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]    ( ) YES (✓) NO

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]    ( ) YES (✓) NO

   (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12].    ( ) YES (✓) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** (✓) Included in Plan; **OR** ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment:

   _____; ongoing payment begins _____   $ _____
           Approximate arrearage: _____   $ _____
   _____; ongoing payment begins _____   $ _____
           Approximate arrearage: _____   $ _____

5. **PRIORITY CLAIMS:**
   _____ Amount: _____   $ _____
   _____ Amount: _____   $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   _____; ongoing payment begins _____   $ _____
           Approximate arrearage: _____ Interest _____%   $ _____
   _____; ongoing payment begins _____   $ _____
           Approximate arrearage: _____ Interest _____%   $ _____

7. **SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____ % | $ _____ |
| BRIDGECREST | 6000 | 5.25 % | $ 120 |
| _____ | _____ | _____ % | $ _____ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]    Value of Collateral:    Rate of Interest:    Monthly Plan Payment:
_____    _____    _____%    $ _____
_____    _____    _____%    $ _____
_____    _____    _____%    $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____    Collateral: _____
_____    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                                    Amount:            Rate of Interest:    Monthly Plan Payment:
_____    _____    _____%    $ _____
_____    _____    _____%    $ _____
_____    _____    _____%    $ _____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____    ( ) Not provided for    OR    ( ) General unsecured creditor
_____    ( ) Not provided for    OR    ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, OR,

(✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____    ( ) Assumes    OR    ( ) Rejects.
_____    ( ) Assumes    OR    ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately  60  months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

 /s/Thomas C. Fila_____    DATE:  6/19/19_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**